FILED

UNITED STATES COURT OF APPEALS

OCT 28 2016

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HELPING HAND TOOLS; ROB SIMPSON,<br><br>Petitioners,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY; et al.,<br><br>Respondents<br><br>SIERRA PACIFIC INDUSTRIES, INC.,<br><br>Respondent-Intervenor. | No.   14-72553<br>14-72602<br><br>Environmental Protection Admin<br><br>ORDER |

Before:  GRABER and TALLMAN, Circuit Judges, and EDMUNDS,* District Judge.

Respondents' U.S. Environmental Protection Agency, et al., unopposed

motion for a thirty-day extension of time, to and including December 14, 2016, to

file responses to Petitioner Center for Biological Diversity's Petition for Panel

Rehearing and/or Modification of the Opinion is GRANTED.

_____

*        The Honorable Nancy G. Edmunds, United States District Judge for the Eastern District of Michigan, sitting by designation.